IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:11-CV-0301-N |
| LEE BROWN, | § § § | |
| Defendant. | § | |

## ORDER

After conducting a review of the pleadings, files, and records in this case and the Findings, Conclusions, and Recommendations of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendations of the Magistrate Judge [doc. 27] are correct, and they are hereby adopted as the determinations of the Court. Thus, the Court denies Defendant Lee Brown's motion to dismiss [doc. 8].

Signed May 7, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE